# ABSTRACT OF JUDGMENT
## NOTICE

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| Vincent Mehdizadeh<br>770 Paseo Miramar Avenue<br>Pacific Palisades, CA 90272 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docket Information |
|---|---|---|
| $6,284,347.35<br>(Disgorgement and prejudgment interest) | Shuman Sohrn<br>Assistant Chief Litigation Counsel<br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>100 F Street, NE, Mail Stop 5628<br>Washington, DC 20549-5631 | Civil Action Number:<br>2:17-CV-01905-SVW-SK<br><br>Docket Number: 10<br><br>Judgment Entry Date: 3/22/2017 |

UNITED STATES OF AMERICA, CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE

_____Central_____ DISTRICT OF _____California_____

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

(DATE) _____July 21_____, 2017

By _____LORI WAGERS_____ Deputy Clerk.