1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NOTIS GLOBAL, INC. (f/k/a MEDBOX, INC.), VINCENT MEHDIZADEH, BRUCE BEDRICK, YOCELIN LEGASPI, and NEW-AGE INVESTMENT CONSULTING, INC,<br><br>Defendants. | Case No. 2:17-cv-01905-SVW-SK<br><br>**FINAL JUDGMENT AS TO DEFENDANT YOCELIN LEGASPI** |

/ / /

/ / /

/ / /

Case No. 2:17-cv-01905-SVW-SK

The Securities and Exchange Commission having filed a Complaint and Defendant Yocelin Legaspi having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction and except as otherwise provided herein in paragraph IV); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating Section 5 of the Securities Act [15 U.S.C. § 77e] by, directly or indirectly, in the absence of any applicable exemption:

(a) Unless a registration statement is in effect as to a security, making use of any means or instruments of transportation or communication in interstate commerce or of the mails to sell such security through the use or medium of any prospectus or otherwise;

(b) Unless a registration statement is in effect as to a security, carrying or causing to be carried through the mails or in interstate commerce, by any means or instruments of transportation, any such security for the purpose of sale or for delivery after sale; or

(c) Making use of any means or instruments of transportation or communication in interstate commerce or of the mails to offer to sell or offer to buy through the use or medium of any prospectus or otherwise any security, unless a registration statement has been filed with the Commission as to such security, or while the registration statement is the subject of a refusal order or stop order or (prior to the effective date of the registration statement) any public proceeding or examination under Section 8 of the Securities Act [15 U.S.C. § 77h].

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as
2  provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also
3  binds the following who receive actual notice of this Final Judgment by personal
4  service or otherwise: (a) Defendant's officers, agents, servants, employees, and
5  attorneys; and (b) other persons in active concert or participation with Defendant or
6  with anyone described in (a).

## II.

8  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant
9  Legaspi is liable for disgorgement of $181,673.45, representing profits gained as a
10 result of the conduct alleged in the Complaint, together with prejudgment interest
11 thereon in the amount of $9,565.82, and a civil penalty in the amount of $60,000.00
12 pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d).  Defendant
13 Legaspi shall satisfy this obligation by paying $251,239.30 to the Securities and
14 Exchange Commission within 14 days after entry of this Final Judgment.

15  Defendant may transmit payment electronically to the Commission, which will
16 provide detailed ACH transfer/Fedwire instructions upon request.   Payment may also
17 be made directly from a bank account via Pay.gov through the SEC website at
18 http://www.sec.gov/about/offices/ofm.htm.  Defendant may also pay by certified
19 check, bank cashier's check, or United States postal money order payable to the
20 Securities and Exchange Commission, which shall be delivered or mailed to

21      Enterprise Services Center
22      Accounts Receivable Branch
23      6500 South MacArthur Boulevard
24      Oklahoma City, OK 73169

25 and shall be accompanied by a letter identifying the case title, civil action number,
26 and name of this Court; Yocelin Legaspi as a defendant in this action; and specifying
27 that payment is made pursuant to this Final Judgment.
28      Defendant shall simultaneously transmit photocopies of evidence of payment

2


and case identifying information to the Commission's counsel in this action. By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. Defendant shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

### III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

### IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the complaint are true and admitted by Defendant, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Defendant under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation by Defendant of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

### V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this

Final Judgment.

## VI.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: September 1, 2017

_____
UNITED STATES DISTRICT JUDGE
STEPHEN V. WILSON